JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TINA ZENNEDJIAN,<br><br>Defendant. | No. 5:21-cv-02098-JWH-SHKx<br><br>**JUDGMENT** |

1

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that judgment is entered in favor of Plaintiff United States of America and against Defendant Tina Zennedjian for unpaid 2004, 2005, 2006, 2007, 2008, 2009, 2010, and 2011 federal income tax liabilities in the amount of $3,895,035.08, as of November 1, 2021, plus interest and statutory additions thereon as provided by law until this judgment is fully paid.

**IT IS SO ORDERED.**

Dated: December 21, 2021

HON. JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE